1    HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
8                                     AT TACOMA

9    UNITED STATES OF AMERICA,              CASE NO. CR11-5407RBL

                            Plaintiff,      ORDER GRANTING THE
10                                          GOVERNMENT'S MOTIONS IN
             v.                             LIMINE
11
     RAYMOND LEO JARLIK BELL, a/k/a         (DKTS. 127, 144)
12   Raymond Leo Bell, UTE CHRISTINE
     JARLIK BELL,
13
                            Defendant.
14

15         Defendants Raymond Jarlik Bell and Christine Jarlik Bell are both charged with

16   submitting false claims in the form of false tax returns.  Defendant Raymond Jarlik Bell is also

17   charged with 15 counts of aiding and assisting the preparation and presentation of false tax

18   returns, as well as three counts of mail fraud and one count of contempt, for violating a prior

19   court order enjoining him from engaging in conduct that interferes with the administration and

20   enforcement of the internal revenue laws.

21         Under the alleged scheme at issue, Raymond Jarlik Bell charged individuals a fee and a

22   percentage of any refund obtained to prepare tax returns that falsely stated that banks and other

23   credit companies had withheld certain funds due to the taxpayer.  These claimed monies were

24

1    reported on 1099-OID and 1099-A forms as withheld income owed to the taxpayer.  At the

2    direction of Mr. Bell, the filers then submitted tax returns claiming substantial tax refunds based

3    on these fictitious amounts.  These filed tax returns sought cumulative refunds in excess of $3.1

4    million.

5         On July 14 and 15, 2011, a search warrant was executed at the defendants' residence.

6    Based on the documents seized during the search, the government has every reason to suspect the

7    defendants, at trial, will seek to expose the jury to exhibits, testimony or arguments that

8    constitute incorrect statements of the law.  Defendant Raymond Leo Jarlik Bell has filed

9    numerous incomprehensible filings that presage the improper conduct that can be anticipated.

10        Instructing the jury on the law is the province of the Court.  The defendants have the right

11   to present evidence in support of a defense based on a good faith misunderstanding of the tax

12   laws.  The law, however, is neither introduced as evidence nor presented through witnesses at

13   trial.  The defendants have a right to present evidence they actually relied on in forming a good

14   faith belief that they were following the law.  *See United States v. Powell*, 955 F.2d 1206, 1214

15   (9th Cir. 1992).

16        The Court will instruct the jury on the law applicable at the time of the offenses and

17   relevant to the charges of the Superceding Indictment and to the defenses that are germane to the

18   charges.  The defense may offer evidence that purports to interpret the applicable, relevant law.

19   In an abundance of caution, the defense shall be required to lay the foundation that they actually

20   relied on the proffered evidence to form their understanding of the tax laws.  They will not be

21   allowed to present evidence or argue regarding anything other than the applicable law and their

22   "subjective misunderstanding" of the law.

23

24

1   The Motions in Limine are **GRANTED** and defendants are cautioned to heed the

2   guidance of the Court offered in this Order.

3       Dated this 6th day of December, 2012.

4

5   _____

                Ronald B. Leighton

6                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24